**ORIGINAL** (X)

CLERK, U.S. DISTRICT COURT
JUN - 7 2000
CENTRAL DISTRICT OF CALIFORNIA
BY K.C. DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Fred Steiner, et al., | CASE NUMBER: CV 00-5798 FMC (AIJx) |
|---|---|
| PLAINTIFF(S), | |
| v. | ORDER RE TRANSFER PURSUANT |
| ABC, Inc., et al., | TO GENERAL ORDER 224 |
| DEFENDANT(S). | (Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated _____          George H. King
                                               United States District Judge

**TRANSFER ORDER DECLINED**

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___King___ for all further proceedings.

Dated: _____          Florence-Marie Cooper
                                               United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: These cases do not arise from same or subst. same transactions, etc. Different copyrights are involved which are alleged owned by diff. πs. No duplication of effort would result if heard by diff. judges.

Dated: 6/6/00                                  _____
                                               United States District Judge

---

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case CV 98-6820 GHK (ANx) and the present case:

- ■ A.  appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B.  involve the same or substantially the same parties or property.
- ☐ C.  involve the same patent, trademark or copyright.
- ■ D.  call for determination of the same or substantially identical questions of law.
- ■ E.  likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**TRANSFER ORDER DECLINED**

## NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read CV _____. This is very important because documents are routed to the assigned judges by means of these initials.

ENTERED ON ICMS 6/7/00    KC

CV-34 (09/97)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

JUN - 5 2000                    JUN - 7 2000