JEFFREY L. GRAUBART (State Bar No. 42250)
LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
350 West Colorado Boulevard, #200
Pasadena, California 91105
Telephone: (626) 304-2800
Telecopier: (626) 304-2807

MAXWELL M. BLECHER (State Bar No. 26202)
DAVID KESSELMAN (State Bar No. 203838)
BLECHER & COLLINS, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071
Telephone: (213) 622-4222
Telecopier: (213) 622-1656

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRED STEINER; WILLIAM GOLDSTEIN; NATHAN EAST, doing business as NEW EAST MUSIC; EUGENE A. BOOKER, JR., also known as CHUCKII BOOKER, doing business as ALLENASONGS; all individuals, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABC, INC.; AMERICAN BROADCASTING COMPANIES, INC.; WORLDVISION ENTERPRISES, INC.; IMAGE EDIT, INC.; SPELLING SATELLITE NETWORKS, INC.; VIDEO SERVICES CORPORATION; AUDIO PLUS VIDEO INTERNATIONAL, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | No. CV 00-5798 FMC (AIJx)<br><br>Hon. Florence-Marie Cooper<br><br>**CLASS ACTION**<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER APPROVING *CY PRES* DISTRIBUTIONS<br><br>Date: January 5, 2009<br>Time: 10:00 a.m.<br>Courtroom: 750 Roybal Building |

# MEMORANDUM OF POINTS AND AUTHORITIES

The claims administrator for this action, Gilardi & Co. LLC ("Gilardi") has completed all necessary steps to pay all valid claims filed in this action. See Declaration of Jeffrey L. Graubart ("Graubart Decl."), filed concurrently herewith, Exh. A (Declaration of Bruce H. Cozzi, Gilardi's Fund Controller ("Cozzi Decl.").) Gilardi has determined that there is $277,075.54 remaining in the settlement fund and available for *cy pres* distribution. See id.

The terms of the settlement in this case, including the January 28, 2005 Order granting final approval of settlement and the Stipulation of Settlement preliminarily approved by the Court by its Order dated February 24, 2003, authorize, subject to Court approval, distribution of any residual funds to an appropriate non-profit organization(s). To that end, Class Counsel, on behalf of the class, suggest distribution of the residual money (plus any proportionate interest earned through the date of distribution) to the following non-profit [tax exempt 503(c)(3) or 501(c)(6)] organizations:

| NAME | AMOUNT |
|---|---|
| ASCAP Foundation[1] | $ 75,000.00 |
| BMI Foundation, Inc.[2] | 75,000.00 |
| Los Angeles Philharmonic Association[3] | 25,000.00 |
| The Colburn School [4] | 25,000.00 |
| Merit School of Music | 25,000.00 |
| Society of Composers and Lyricists | 17,500.00 |

---

[1] In honor of ASCAP members and plaintiffs Nathan East and Fred Steiner.

[2] In honor of BMI affiliates and plaintiffs William Goldstein and Eugene "Chuckii" Booker.

[3] To be designated for use by Youth Orchestra LA.

[4] To be designated for use by Conservatory of Music and/or music program of School of Performing Arts.

| | |
|---|---:|
| NOW Ensemble | 17,500.00 |
| Film Music Society | 17,075.54 |
| TOTAL | $ 277,075.54 |

Further information with respect to each of the foregoing organizations are set forth in the Declaration of Jeffrey L. Graubart (Exhibits "B" through "I"), filed concurrently herewith.

DATED: December 5, 2008    Respectfully submitted,

LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
BLECHER & COLLINS, P.C.

By: *[signature]*
Maxwell M. Blecher